# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LOUIS FASULLO, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 09-cv-88-JPG |
| CLERK, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby

**DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of

Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| May 14, 2009 | By: | s/ J. Phil Gilbert |
|---|---|---|
| *Date* | | *District Judge* |